IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JACKIE LYNN MORROW,           )
                              )
    Petitioner,               )
                              )
v.                            )   Case No. 4:15-cv-01367-WMA-TMP
                              )
CHARLES R. TIPTON, *et al.*,  )
                              )
    Respondents.              )

## MEMORANDUM OPINION

On August 13, 2015, the petitioner filed the above-styled petition for writ of *habeas corpus*. Along with his petition, the petitioner filed a motion to proceed *in forma pauperis*. (Doc. 2). The petitioner was notified by the court that his motion to proceed *in forma pauperis* was denied and he was ordered to, within thirty days, pay the $5.00 filing fee. (Doc. 3). More than thirty days has elapsed since the court ordered the petitioner to pay the $5.00 filing fee, and the petitioner has failed to comply with or otherwise respond to the order. Accordingly, the above-styled case is due to be dismissed without prejudice for failure to prosecute. A final order will be entered contemporaneously herewith.

DONE this 28th day of October, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE